AO 442 (Rev. 11/11) Arrest Warrant

 **SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) |
|---|---|
| v. | ) Case No. 23-mc-00403-TC |
| STELUTA LACATUS | ) |
| Defendant | ) |

**RECEIVED**
By USMS D/KS Topeka at 10:42 am, Sep 11, 2023

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* STELUTA LACATUS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 3144 - Material Witness

Date: 9/11/23

*Issuing officer's signature*

City and state: Topeka, Kansas

TOBY CROUSE, United States District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*